# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD J. CHRISTENSEN, | ) |
| Plaintiff, | ) |
| | ) NO. CV-08-3035-CI |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) **JUDGMENT IN A** |
| Commissioner of Social Security, | ) **CIVIL CASE** |
| | ) |
| Defendant. | ) |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. This matter is remanded to the Commissioner for additional proceedings consistent with the Court's decision and sentence four of 42 U.S.C. §405(g) . Defendant's Motion for Summary Judgment is **DENIED** and Judgment is entered for Plaintiff.

DATED this 5th day of May, 2009.

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk